UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN B. JEFFERSON, SR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-0328** |
| **RODNEY J. STRAIN, JR., GREGORY LONGINO, KELLY UNBEHAGEN, TRAVIS TRAHAN, STEVE VANDENBROEK** | **SECTION "H"(4)** |

### O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Calvin B. Jefferson, Sr.'s claims brought pursuant to 42 U.S.C. § 1983 against the defendants, Sheriff Rodney J. Strain, Jr., Warden Gregory Longino, Lieutenant Kelly Unbehagen, Deputy Travis Trahan, and Deputy Steve Vandenbroek, be **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e), § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 3rd day of September, 2013.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**